## 54758. MATHEWS v. FIDELCOR MORTGAGE CORPORATION.

McMurray, Judge.
This is a dispossessory proceeding against a tenant holding over brought under the provisions of Code Ch.

61-3, as amended. The defendant-tenant appeals the denial of his motion to dismiss for failure to state a claim. *Held:*

The record shows no final judgment has been entered in this case, and there is no certificate for immediate review. This appeal is premature and must be dismissed. Code Ann. § 6-701 (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073; 1975, pp. 757, 758); *Tenneco Oil Co. v. Mullis,* 118 Ga. App. 540 (164 SE2d 312); *Greene v. Atlantis Realty Co.,* 118 Ga. App. 400 (163 SE2d 895). Nor did defendant follow the interlocutory procedure to have the trial court's order reviewed. *Tingle v. Lokey & Bowden,* 137 Ga. App. 368 (223 SE2d 763).

*Appeal dismissed. Bell, C. J., and Smith, J., concur.*

SUBMITTED OCTOBER 31, 1977 — DECIDED NOVEMBER 28, 1977.

*Oze R. Horton,* for appellant.
*Beth Lanier, William I. Crosby,* for appellee.